ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :
                                :        ORDER
        - v. -                  :
                                :
GUSTAVO ESTRADA RODRIGUEZ,      :        07 Cr. 712
                                :
                Defendant.      :
                                :
- - - - - - - - - - - - - - - x

WHEREAS, the above-captioned indictment was returned on August 1, 2007, and, upon application of the Government, ordered to be filed under seal; and

WHEREAS GUSTAVO ESTRADA RODRIGUEZ, the defendant, has been arrested in the Southern District of Texas; and

WHEREAS the Government has requested that the above-captioned indictment be unsealed;

IT IS HEREBY ORDERED, that, the indictment docketed as 07 Cr. 712 be unsealed.

Dated: New York, New York
       August 24, 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

THEODORE H. KATZ
UNITED STATES      MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    AUG 24 2007