AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

SOUTHERN DISTRICT    DISTRICT OF    TEXAS    AUG 2 3 2007

Michael N. Milby
Clerk of Court

## APPEARANCE

Case Number: B-07-856-MJ

Charging District
Case Number: 07 CRTM 712

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

GUSTAVO ESTRADA RODRIGUEZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8-23-2007 | [signature] |
| Date | Signature |
| | Ignacio Tortez, III    0075685 |
| | Print Name    Bar Number |
| | 700 E. Washington |
| | Address |
| | Brownsville    TX.    78520 |
| | City    State    Zip Code |
| | (956) 550-8373 |
| | Phone Number    Fax Number |