UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CR. NO.  1:07-856-MJ |
| | | (07-CRTM-712 S.D. of New York) |
| Gustavo Estrada Rodriguez | § | |

ORDER SETTING CONDITIONS OF RELEASE

On August 28, 2007, a detention hearing was held before this Court. The defendant, his attorney and the Government were present. At the hearing, both the Government and counsel for the defendant presented their evidence. The Court took the matter of bond under advisement.

On August 31, 2007, the Court allowed counsel to re-address the matter of bond.

This Court having listened to both parties' arguments, and in light of the record and the requirements of 18 U.S.C. § 3142, is of the opinion that a $500,000 cash bond would be reasonable, under the provisions of the Bail Reform Act and the facts in this case, to assure the appearance of Defendant at further court proceedings.

It is therefore ORDERED that Defendant be released on a $500,000 cash bond, with the following conditions;

1. P.S.A. supervision;

2. Travel restricted to the Southern and Western District of Texas and New York for court appearances only, with no travel into Mexico;

3. The defendant is to surrender any passport he may have in his possession and not apply for another;

4. The defendant is to maintain a telephone land line during the pendency of this case;

5. The defendant shall participate in the home confinement program with GPS/ Remote Location Monitoring and abide by all the requirements of the program which will include electronic monitoring or other location verification system. The Defendant shall pay all or part of the costs of the program based on his ability to pay as determined by the Pretrial Service Officer.

6. The defendant will be in HOME DETENTION and will be restricted to his residence at all times except for employment, education, religious services; medical, substance abuse or mental health treatment; court appearances, court-ordered obligations or other activities pre-approved by the Pretrial Service Officer. The defendant will incur costs associated with such monitoring based on his ability to pay as determined by Pretrial Services; and

7. The defendant is to comply with other conditions expressly set forth in the conditions of release.

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE at Brownsville, Texas, this 31st day of August, 2007.

_____
Felix Recio
United States Magistrate Judge