AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

___Southern___ District of ___Texas___

| UNITED STATES OF AMERICA<br>V.<br><br>**GUSTAVO ESTRADA RODRIGUEZ** | **COMMITMENT TO ANOTHER DISTRICT** |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense<br>07-CRTM-712 | District of Arrest<br>1:07-856-MJ | District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
    Indictment   ☐ Information   Complaint   Other   Pretrial Release Violation

charging a    21    U.S.C.    846

**DISTRICT OF OFFENSE**
SOUTHERN DISTRICT OF NEW YORK

**DESCRIPTION OF CHARGES:**

CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
✓ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
    Other (specify)

**Representation:**  ✓ Retained Own Counsel    Federal Defender Organization    CJA Attorney    None

**Interpreter Required?**    No    ✓ Yes    Language  SPANISH

SOUTHERN DISTRICT TEXAS

TO: THE UNITED STATES MARSHAL

    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

___August 31, 2007___                        _[signature]_
Date                                          Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |