UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,

        - against -　　　　　　　　　　　　　　O R D E R

                                                         07 CR 712 (NRB)

GUSTAVO ESTRADA RODRIGUEZ,

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

     The Clerk's Office is hereby directed to delete from document 4 the pdf attachment #1 (Government's Exhibit #1). The aforesaid attachment shall be placed under seal.


       **SO ORDERED.**


Dated:   New York, New York
           September 18, 2007

                                                   NAOMI REICE BUCHWALD
                                                   UNITED STATES DISTRICT JUDGE