UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X

UNITED STATES OF AMERICA,

   - vs. –　　　　　　　　　　　　　　　　　　　　　　07-cr-712

**GUSTAVO ESTRADA RODRIGUEZ,**
                **Defendant.**
-------------------------------------------------- X

TO:  CLERK OF THE COURT
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK

**S I R :**

        You are hereby notified that I appear for **GUSTAVO ESTRADA RODRIGUEZ**, the defendant in the above-entitled action.

Admitted to Southern District, January 1986.

Dated:  Kew Gardens, New York
          September 29, 2007.

                                                BY: LEONARD I. RESSLER
                                                I.D. #: 2374
                                                Attorney for Defendant
                                                Office & P.O. Address
                                                123-33 83rd Avenue
                                                Kew Gardens, NY 11415
                                                (718) 263-6812

cc:  AUSA Jesse Furman