DEC-04-2007 13:21   D&T                                                         P.02



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 4, 2007



The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    United States v. Gustavo Estrada Rodriguez, 07 Cr. 712 (NRB)

Dear Judge Buchwald:

     The Government writes, on behalf of both parties, to respectfully request an adjournment of the conference in this matter, currently scheduled for December 5, 2007 at 4:00 p.m., to a date convenient for the Court during the first or second weeks of January, 2008.

     The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between December 5, 2007 and the new conference date. This will permit the Government and the defense to continue discussions concerning a possible disposition of this matter without the need for trial, and will allow the defense time to review the discovery in this matter. The Government makes this request with the consent of counsel for the defendant.

*[Handwritten note: The conference is adjourned until January 3, 2008 at 2:45. Speedy trial included. So Ordered. [signature] 12/4/07]*

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By:    [signature]
     Eugene Ingoglia
     Assistant United States Attorney
     (212) 637-1113

cc:    Leonard Ira Ressler, Esq.
     (counsel for the defendant)

TOTAL P.02