

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 2, 2008

Via Fax (212) 805-7911

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Gustavo Estrada Rodriguez, 07 Cr. 712 (NRB)

Dear Judge Buchwald:

The Government writes, on behalf of the Government and counsel for Gustavo Estrada Rodriguez, to respectfully request an adjournment of the conference in this matter, currently scheduled for Thursday, January 3, 2008 at 2:45 p.m., to a date convenient for the Court after the second week of February, 2008.

The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between January 3, 2008 and the new conference date. This will permit the Government and the defense to continue discussions concerning a possible disposition of this matter without the need for trial. The Government makes this request with the consent of counsel for the defendant.

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

*[Handwritten annotation:] The conference is adjourned until February 15, 2008 at 2:45. Speedy trial time excluded. [signed] 1/3/08*

cc:   Leonard Ira Ressler, Esq.