UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X

UNITED STATES OF AMERICA,

   - vs. –

                                                                       1:07-cr-712

GUSTAVO  ESTRADA  RODRIGUEZ,
                 Defendant.
-------------------------------------------------- X

NOTICE OF CHANGE OF ADDRESS

TO:   Attorney Admission Clerk and All Other Parties

I am the attorney of record for the above enumerated case. That my mailing address has changed as follows:
125-10 Queens Blvd: Ste 15
Kew Gardens, NY 11415

Telephone number, fax number and e-mail address  have remained the same.


Admitted to Southern District, January 1986.


Dated:  Kew Gardens, New York
       January 4, 2008


                                                            _____
                                                            BY: LEONARD I. RESSLER
                                                            I.D. #: 2374
                                                            Attorney for Defendant
                                                             Office & P.O. Address
                                                            125-10 Queens Blvd: Ste. 15
                                                            Kew Gardens, NY 11415
                                                           (718) 263-6812