U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 14, 2008

**MEMO ENDORSED**

Via Fax (212) 805-7927

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Gustavo Estrada Rodriguez, 07 Cr. 712 (NRB)

Dear Judge Buchwald:

The Government writes, on behalf of the Government and counsel for Gustavo Estrada Rodriguez, to respectfully request an adjournment of the conference in this matter, currently scheduled for Friday, February 15, 2008 at 3:45 p.m., to a date convenient for the Court after the second week of March, 2008.

The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between February 15, 2008 and the new conference date. This will permit the Government and the defense to continue discussions concerning a possible disposition of this matter without the need for trial. The Government makes this request with the consent of counsel for the defendant.

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: Leonard Ira Ressler, Esq.
(718) 263-6586 fax

*[Handwritten endorsement:]* The conference is adjourned until March 14, 2008 at 3:30 p.m. So Ordered. Naomi Reice Buchwald, USDJ 2/15/08