

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007



MEMO ENDORSED

May 13, 2008

**Via Fax (212) 805-7927**

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   <u>United States v. Gustavo Estrada Rodriguez</u>, 07 Cr. 712 (NRB)

Dear Judge Buchwald:

    The Government writes, on behalf of the Government and counsel for Gustavo Estrada Rodriguez, to respectfully request an adjournment of the conference in this matter, currently scheduled for May 13, 2008 at 3:30 p.m., to June 27, 2008, or a date convenient for the Court after the third week of June 2008.

    The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between May 13, 2008 and the new conference date. This will permit the Government and the defense to continue discussions concerning a possible disposition of this matter without the need for trial. The Government makes this request with the consent of counsel for the defendant.

                             Respectfully Submitted,

                             MICHAEL J. GARCIA
                             United States Attorney

        By:   _____
              Eugene Ingoglia
              Assistant United States Attorney
              (212) 637-1113

cc:     Leonard Ira Ressler, Esq.
        (718) 263-6586 fax

*[Handwritten endorsement:]* The conference is adjourned until June 25, 2008 at 4:30 p.m. So Ordered. [signature] USDJ 5/14/08

TOTAL P.01