**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 16, 2008

**Via Fax (212) 805-7927**
The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   United States v. Gustavo Estrada Rodriguez, 07 Cr. 712 (NRB)

Dear Judge Buchwald:

    The Government writes, on behalf of the Government and counsel for Gustavo Estrada Rodriguez, to respectfully request an adjournment of the conference in this matter, currently scheduled for July 21, 2008 at 4:30 p.m., to a date convenient for the Court after the first week of September 2008.

    The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between July 21, 2008 and the new conference date. This will permit the Government and the defense to continue discussions concerning a possible disposition of this matter without the need for trial - a result the parties now believe to be likely. The Government makes this request with the consent of counsel for the defendant.

    Respectfully Submitted,

    MICHAEL J. GARCIA
    United States Attorney

By: _____
    Eugene Ingoglia
    Assistant United States Attorney
    (212) 637-1113

cc:   Leonard Ira Ressler, Esq.
      (718) 263-6586 fax

[Handwritten endorsement:] The conference is adjourned until Sept 16, 2008 at 3:30 pm. Speedy trial time included. So Ordered. [signature] USDJ 7/21/08

TOTAL P.01